# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 10-11-04 |
| | : | |
| OSCAR TELLEZ-BONILLA | : | |
| a/k/a ROJO a/k/a RUBIO and | : | |
| a/k/a LEONEL RUBIO | : | |

## ORDER

**AND NOW**, this 5th day of August, 2015, upon consideration of the Government's Motion to Dismiss Indictment (Document No. 77), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the indictment as to Oscar Tellez-Bonilla is **DISMISSED WITHOUT PREJUDICE**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.

Case 2:10-cr-00011-TJS   Document 78   Filed 08/05/15   Page 2 of 2